No. 835. ATLANTIC COAST LINE R. Co. *v.* STRINGFELLOW. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

*Messrs. McKinney Barton, James R. Bussey,* and *W. E. Kay* for petitioner. *Messrs. Doyle Campbell* and *Wm. C. McLean* for respondent.